JOSHUA E. KIRSCH (179110)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs
HAGGAR CLOTHING CO. and
GULF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGGAR CLOTHING CO., a corporation; and GULF INSURANCE COMPANY, a corporation;<br><br>Plaintiffs,<br><br>v.<br><br>EMERY WORLDWIDE, an entity of unknown form; MENLO WORLDWIDE TRADE SERVICES, INC., a corporation; MENLO WORLDWIDE FORWARDING, INC., a corporation; and DOE ONE through DOE FIVE;<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. C-04-3246 SC<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated by and between the parties to this action through their designated counsel of record herein, that the above caption matter, including any and all third party claims and/or cross-claims, be and hereby are dismissed with prejudice pursuant to FRCP, Rule 41(a)(1).

Dated: November 29, 2006          GIBSON ROBB & LINDH LLP


                                  By:: ___S/MARKER E. LOVELL, JR.___
                                       Marker E. Lovell, Jr.
                                       Attorneys for Plaintiffs
                                       HAGGAR CLOTHING CO. and
                                       GULF INSURANCE COMPANY

---

STIPULATION OF DISMISSAL
Case No. C-04-3246 SC; File No. 5472.71

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 29, 2006 | BANNING, MICKLOW & BULL, LLP |
| 3 | | By: __S/EDWARD M. BULL__ |
| 4 | | Edward M. Bull, Esq.<br>Attorney for Defendant |
| 5 | | MENLO WORLDWIDE FORWARDING, INC. and MENLO WORLDWIDE TRADE SERVICES, INC. |

Dated: November 29, 2006          EMARD, DANOFF, PORT & TAMULSKI, LLP

By: __S/ JAMES J. TAMULSKI__
James J. Tamulski, Esq.
Attorney for Defendant
COMPANIA CHILENA DE
NAVEGACION INTEROCEANICA, S.A.

IT IS SO ORDERED:

Dated: __11/30/06__

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA